■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HORACE LOUNDS, Appellant.—Judgment, Supreme Court, New York County (Morris Goldman, J.), rendered on June 10, 1981, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Ross, Lynch and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE FARMER, Appellant.—Judgment, Supreme Court, New York County (Sybil Kooper, J.), rendered on April 30, 1984, unanimously affirmed. Motion by appellant for leave to file a *pro se* supplemental brief denied. No opinion. Concur—Carro, J. P., Fein, Lynch, Kassal and Ellerin, JJ.